UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Michelle M. Ellis

CITATION / CASE NO. 06-mj-0008CMK

**ORDER TO PAY**

**FILED**
DEC 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City ___ State ___ Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 12-5-06     _____ DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 06-mj-0008 Count I   FINE 240.00   ASGMT. 10.00
CITATION / CASE NO: _____ Count II     FINE 240.00   ASGMT. 10.00
CITATION / CASE NO: _____               FINE _____  ASGMT. _____
CITATION / CASE NO: _____               FINE _____  ASGMT. _____

[X] FINE TOTAL of $ 480.00 and a penalty assessment of $ 20.00 ~~within~~
by 2-1-07 days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATE: 12-5-06     _____ U.S. MAGISTRATE JUDGE

Clerk's Office     EDCA - 03 Rev 8/97